THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID KNOTT, the Younger, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

MEADO-LAWN HOMES, INC., Appellant, v. WESTCHESTER LIGHTING COMPANY and BI-STATE DEVELOPMENT CORPORATION, Respondents.— Judgment unanimously affirmed, with costs to the respondent Bi-State Development Corporation against the appellant. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [171 Misc. 669.]

JOHN K. AYEW, as President of the GOLD COAST FARMERS ASSOCIATION, Appellant, v. WILLARD HAWES & Co., INC., and Others, Defendants, Impleaded with AFRICAN COCOA & MAHOGANY Co., INC., Respondent.— Order denying plaintiff's motion for summary judgment dismissing the counterclaim in the answer of the defendant-respondent unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOHN K. AYEW, as President of the GOLD COAST FARMERS ASSOCIATION, Appellant, v. WILLARD HAWES & Co., INC., and Others, Defendants, Impleaded with AFRICAN COCOA & MAHOGANY Co., INC., Respondent.— Order granting motion of defendant-respondent for examination of plaintiff before trial unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOHN K. AYEW, as President of the GOLD COAST FARMERS ASSOCIATION, Respondent, v. WILLARD HAWES & Co., INC., and Others, Defendants, Impleaded with AFRICAN COCOA & MAHOGANY Co., INC., Appellant.— Order granting plaintiff's motion to amend its reply to the counterclaim of defendant, African Cocoa & Mahogany Co., Inc., unanimously reversed, with ten dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of LOUISE MCCONNELL, as Executrix, etc., of EDGAR B. MCCONNELL, Deceased. GERARD F. HUBBARD, as Administrator, etc., of LOUISE MCCONNELL, Deceased, Appellant; WILLIAM J. GOLDBECK, Administrator c. t. a. of EDGAR B. MCCONNELL, Deceased, Respondent.— Decree, so far as appealed from, and the order, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

LOUIS PEIREZ, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ISIDOR SHERL, as Administrator, etc., of AMELIA SHERL, Deceased, Appellant, v. FRANK A. LADMAN and ROBERT MINKOW, Respondents.— The so-called newly-discovered evidence was insufficient to justify the court in setting aside the judgment which was rendered in favor of plaintiff. Under the circumstances, order, granting the motions of the defendants to set aside the verdict and for a new trial, upon the ground of newly-discovered evidence, reversed, with costs and disbursements, and the judgment reinstated. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to affirm. [See 254 App. Div. 730.]